```
Form 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL SERVICES
         MATTHEW FLAMM ESQ
            ATTN:
UNITED STATES SOUTHERN DIST. COURT       NEW YORK  COUNTY
------------------------------------------------
                                              Index No. 07-CIV-9826
ANTOINE STONE                 plaintiff
                                              Date Filed  ............
            - against -
                                              Office No.
LUIS ANGELES, ETAL           defendant
                                              Court Date:   / /
------------------------------------------------
         STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
LUIS AGOSTINI    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
14th day of November, 2007  12:45 PM             at
   %NYC POLICE DEPT., 42ND PRECINCT
    830 WASHINGTON AVENUE, BRONX, NY 10452
I served the    SUMMONS AND COMPLAINT
upon LUIS ANGELES
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    SGT. GRULLON BDG# 4631, CO-WORKER WHO REFUSED TRUE FIRST
NAME a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE       COLOR: TAN      HAIR: BLACK     AGE: 38   HEIGHT: 5:7    WEIGHT: 190
OTHER IDENTIFYING FEATURES:
On 11/21/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st  day of  November,       2007k
                                                LUIS AGOSTINI   1027732
BRETT GOLUB                                     AETNA  CENTRAL  JUDICIAL   SERVICES
Notary Public, State of New York                225 BROADWAY, SUITE 1802
    No.01G06129491                              NEW YORK, NY, 10007
Qualified in NASSAU                             Reference No: 3MF491563
Commission Expires 06/27/2009
```