Form 02 - SUITABLE AGE                         AETNA CENTRAL JUDICIAL SERVICES
    MATTHEW FLAMM ESQ
    ATTN:
UNITED STATES SOUTHERN DIST. COURT       NEW YORK COUNTY
-----------------------------------------------------
ANTOINE STONE                      plaintiff        Index No. 07-CIV-9826

        - against -                                Date Filed ............

LUIS ANGELES, ETAL                                  Office No.
                         defendant
                                                                            Court Date:    /   /
-----------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
LUIS AGOSTINI      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 14th day of November, 2007  12:45 PM           at
    %NYC POLICE DEPT., 42ND PRECINCT
    830 WASHINGTON AVENUE, BRONX, NY 10452
I served the   SUMMONS AND COMPLAINT
upon EDWIN ESTRADA
the DEFENDANT   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    SGT. GRULLON BDG# 4631, CO-WORKER WHO REFUSED TRUE FIRST NAME a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: MALE       COLOR: TAN      HAIR: BLACK      AGE: 38  HEIGHT: 5:7    WEIGHT: 190
OTHER IDENTIFYING FEATURES:
On 11/21/2007 I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st  day of November,         2007k
                                                                                                    ................
BRETT GOLUB                                   LUIS AGOSTINI  1027732
Notary Public, State of New York              AETNA CENTRAL JUDICIAL SERVICES
   No.01G06129491                             225 BROADWAY, SUITE 1802
Qualified in NASSAU                           NEW YORK, NY, 10007
Commission Expires 06/27/2009                 Reference No: 3MF491566