Form 02 - SUITABLE AGE                 AETNA CENTRAL JUDICIAL SERVICES
        MATTHEW FLAMM ESQ
        ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
-----------------------------------------------

ANTOINE STONE                        plaintiff       Index No. 07-CIV-9826

                                                     Date Filed ............
            - against -
                                                     Office No.

LUIS ANGELES, ETAL                   defendant
                                                     Court Date:   /  /
-----------------------------------------------

      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
RUDOLPH WRIGHT       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
19th day of November, 2007   03:45 PM           at
     %NYC POLICE DEPT., HIGHWAY UNIT 4
     138 WEST 30TH STREET, NEW YORK, NEW YORK 10001
I served the   SUMMONS AND COMPLAINT
upon PERRY VASQUEZ
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     SGT. ANTHONY THOMAS, CO-WORKER
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE       COLOR: BROWN    HAIR: BLACK      AGE: 45   HEIGHT: 5:6    WEIGHT: 150
OTHER IDENTIFYING FEATURES:
On 11/23/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
23rd  day of  November,       2007k                 [signature]
                                                    ..........
                                                    RUDOLPH WRIGHT  1022795
KENNETH WISSNER                                     AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York                    225 BROADWAY, SUITE 1802
   No.01WI4714130                                   NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                        Reference No: 3MF491564
Commission Expires 03/30/2010