UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
STONE,                                         :
                                               :
                        Plaintiffs,            :
                                               :
            - against -                        :
                                               :
ANGELES ET AL.,                                :
                                               :
                        Defendant.             :
                                               X
-----------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```
07 Civ. 9826 (JGK) (DCF)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Specific Non-Dispositive Motion/Dispute:*

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X__   Settlement*

____   Inquest After Default/Damages Hearing

____   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

____   Habeas Corpus

____   Social Security

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____

   _____

   All such motions: ____

**SO ORDERED**.

DATED:    New York, New York
          April 1, 2008

_____
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.