UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANTOINE STONE,

                Plaintiff,

      - against -

LUIS ANGELES, EDWIN ESTRADA, JOAQUIN SEPULVEDA, PERRY VASQUEZ, JOSE VEGA, "JOHN" ALCANTARA, the first name being fictitious, and JANE DOE 1-2, the names being fictitious and presently unknown, all being employees of the New York City Police Department,

                Defendants.
------------------------------------------------------------------------x

CERTIFICATE OF SERVICE OF THE FIRST AMENDED COMPLAINT ON DEFENDANTS ANGELES, ESTRADA, SEPULVEDA AND VASQUEZ
07 CV 9826 (JGK)(DCF)

STATE OF NEW YORK    )
                          : SS.  :
COUNTY OF KINGS     )

      MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

      That on April 21, 2008, the FIRST AMENDED COMPLAINT was served upon Brian Maxey, Assistant Corporation Counsel and attorney for defendants Angeles, Estrada, Sepulveda and Vasques, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by by depositing a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 26 Court Street, Brooklyn, New York, regularly maintained by the Government of the United States in said City.

Dated:      April 21, 2008
                Brooklyn, New York

                                          Matthew Flamm **MF1309**
                                          Attorney for Plaintiff
                                          26 Court Street, Suite 600
                                          Brooklyn, New York 11242
                                          (718) 797-3117